Robert Wade WOLFE et al., Appellants,

v.

CITY OF HOUSTON, Appellee.

No. B2299.

Court of Civil Appeals of Texas,
Houston (14th Dist.).

March 5, 1980.

Rehearing Denied April 2, 1980.

Mark Vela, Stanley G. Schneider, Doherty, Vela, Poser, Sears & Collins, Houston, for appellants.

Robert M. Collie, Jr., City Atty., Dennis C. Gardner, Sr., John J. Hightower, Asst. City Attys., Houston, for appellee.

Before COULSON, JUNELL and MILLER, JJ.

JUNELL, Justice.

Thirty city marshals brought this action against the City of Houston for declaratory relief alleging that they are "Policemen" within the meaning of the Texas Civil Service Statute, Tex.Rev.Civ.Stat.Ann. art. 1269m, § 2 (Vernon 1963),[1] and thus entitled to all benefits thereunder. The trial court

found that the positions held by plaintiffs are not within the purview of the Civil Service Act. Plaintiffs appeal claiming that the trial court incorrectly interpreted the statute. We agree with the interpretation by the trial court and affirm the judgment.

This case involves exactly the same legal issue as was presented to this court in the case of *Jackson v. City of Houston*, 595 S.W.2d 907 (Tex.Civ.App.-Houston [14th Dist.] 1980, writ filed), a companion to this case. In *Jackson*, airport security police sued for the declaration that they fall within the Civil Service Statute. For the same reasons that the airport police were held to be excluded by Article 1269m, so are city marshals.

Appellants' point of error is overruled.

Affirmed.

G. R. SCOTT et al., Appellants,

v.

CITY OF HOUSTON, Appellee.

No. A2298.

Court of Civil Appeals of Texas,
Houston (14th Dist.).

March 5, 1980.

Rehearing Denied April 2, 1980.

1. Amended with no pertinent changes: Tex.Rev.Civ.Stat.Ann. art. 1269m, § 2 (Vernon Supp.1980).

Mark Vela, Stanley G. Schneider, Doherty, Vela, Poser, Sears & Collins, Houston, for appellants.

Robert M. Collie, Jr., City Atty., Dennis C. Gardner, Sr., John J. Hightower, Asst. City Attys., Houston, for appellee.

Before COULSON, JUNELL and MILLER, JJ.

JUNELL, Justice.

This case involves exactly the same legal issue as was presented to this court in the case of *Jackson v. City of Houston*, 595 S.W.2d 907 (Tex.Civ.App.-Houston [14th Dist.] 1980, writ filed), a companion to this case. In *Jackson*, airport security police sued for the declaration that they fall within the Civil Service Statute. While Scott did not admit in his response to the City's request for admissions that he is not a member of the Police Department, the evidence adduced shows that he is not. For the same reasons that the airport police were held to be excluded by Article 1269m, so are Park Police.

Appellants' point of error is overruled.

Affirmed.